UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Woodbury Lodging LLC *doing business as Norwood Inn & Suites*, | Case No. 20-CV-1015 (SRN/DTS) |
| Plaintiff, | **ORDER** |
| v. | |
| Integrity Mutual Insurance Company, | |
| Defendant. | |

---

Kenneth U. Udoibok, Kenneth Ubong Udoibok, P.A., The Flour Exchange, Suite 5010, 310 Fourth Avenue South, Minneapolis, MN 55415, for Plaintiff.

Dawn L. Gagne and Patrick H. Elliott, Elliott Law Offices, P.A., 2409 West 66th Street, Minneapolis, MN 55423, for Defendant.

---

The Court having been advised that the above case has been settled,

IT IS ORDERED that this action is hereby dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: July 7, 2022

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge